THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABELARDO O. RODRIGUEZ, Appellant

The record indicates that the defendant pleaded guilty with the understanding he would receive the sentence which was thereafter actually imposed. Accordingly, he has no basis to

now complain that his sentence was excessive *(see, People v Kazepis,* 101 AD2d 816, 817). In addition, we decline to reduce it in the interests of justice *(see, People v Suitte,* 90 AD2d 80). However, directing restitution was improper under the circumstances of this case and that direction is vacated *(see, People v Rowe,* 75 NY2d 948, *affg* 152 AD2d 907). We note that Penal Law § 60.27 has since been amended, effective November 1, 1991, to add a new subdivision authorizing restitution to law enforcement agencies to cover their expenditures of funds used in the purchase of drugs as part of investigations leading to convictions *(see,* L 1991, ch 545). Mangano, P. J., Thompson, Sullivan, Eiber and Ritter, JJ., concur.